# Order

**Michigan Supreme Court**
**Lansing, Michigan**

November 30, 2007

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

133170(89)

CHATHAPURAM S. RAMANATHAN,
      Plaintiff-Appellee,

v

WAYNE STATE UNIVERSITY BOARD OF
GOVERNORS,
      Defendant-Appellant,
and

LEON CHESTANG,
      Defendant.

_____

SC: 133170
COA: 266238
Wayne CC: 98-810999-NO

On order of the Chief Justice, the motion by Blue Cross Blue Shield of Michigan, the City of Detroit, Meijer, Inc., Michigan Municipal League Liability and Property Pool and Michigan Municipal League to participate in oral argument is considered and it is DENIED.

I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

November 30, 2007

Clerk